# Exhibit 6

**U.S. Patent No. 12,688,734**
"Parking meter system"

| '734 Patent Claim | PRRS "Automated Recognition and Compliance System" ("ARC")[1] |
|---|---|
| Claim 1 [preamble] A method of monitoring and managing vehicle parking in a parking facility, the parking facility including an entrance, an exit and a plurality of individual parking spaces, wherein vehicles pass through the entrance to park in one of the plurality of parking spaces and pass through the exit to leave the parking facility, wherein the parking facility has one or more parking rules, wherein the parking facility is entered by a plurality of vehicles, including one or more vehicles that comply with the one or more parking rules and one or more vehicles that commit a parking violation by not complying with the one or more parking rules, the method comprising: | Without conceding that the preamble of claim 1 is limiting, PRRS and/or its customers have and continue to use the ARC system/services to monitor and manage vehicle parking in a parking facility, the parking facility including an entrance, an exit and a plurality of individual parking spaces, wherein vehicles pass through the entrance to park in one of the plurality of parking spaces and pass through the exit to leave the parking facility, wherein the parking facility has one or more parking rules, wherein the parking facility is entered by a plurality of vehicles, including one or more vehicles that comply with the one or more parking rules and one or more vehicles that commit a parking violation by not complying with the one or more parking rules.<br><br><br><br>https://www.youtube.com/watch?v=SOOz-6riR2c |

---

[1] The "ARC" system/service is charted as a representative system/service, the use of which infringes the claimed method. The citations and evidence identified in this chart are illustrative and should not be understood to be limiting. Although some of the evidence and examples shown herein were generated prior to the issuance of the '734 patent, upon information and belief, the Defendants continue to operate their systems as reflected herein, have not altered their practices in a material way, are infringing the '734 patent as of July 21, 2026, and will continue to infringe if not enjoined.



https://www.youtube.com/watch?v=SOOz-6riR2c at 2:18



https://www.youtube.com/watch?v=SOOz-6riR2c at 0:09

**Parking facility exit wherein vehicles pass through the exit to leave the parking facility**



https://www.youtube.com/watch?v=SOOz-6riR2c at 1:04.



**Wherein the parking facility has one or more parking rules**

https://www.youtube.com/watch?v=SOOz-6riR2c at 1:55.

3



Wherein the parking facility is entered by a plurality of vehicles, including one or more vehicles that comply with the one or more parking rules and one or more vehicles that commit a parking violation by not complying with the one or more parking rules

https://www.youtube.com/watch?v=SOOz-6riR2c at 0:12.



https://paralign.co/add-ons/autostart/

| [1.a] capturing image data automatically with a first camera of a vehicle passing through the entrance, the first camera being mounted within a line of sight of the entrance; |   https://www.youtube.com/watch?v=SOOz-6riR2c at 0:07.    https://www.youtube.com/watch?v=SOOz-6riR2c at 1:55.    https://www.youtube.com/watch?v=SOOz-6riR2c at 1:34. |
| --- | --- |

5



PRRS takes <mark>parking facility monitoring</mark> to the next level with its 24/7 <mark>automatic, gate- and barrierless solution. Lot monitoring is automated by installing cameras at the access points of the parking lot to capture each entry and exit event.</mark> Parking event payment information is retrieved from onsite payment terminals, contract management software, reservation platforms, and other digital payment solutions to confirm authorization and payment to the facility.

**FEATURES:**

- Vehicles are identified at entry and exit using ALPR.
- Payment is confirmed based on license plate by querying appropriate payment solutions.
- Operating exceptions are identified and include appropriate event details which are provided to the parking operator.
- Parking sessions and occupancy are <mark>monitored real-time.</mark>

Exhibit 13 to the Complaint, p.7

Capturing image data automatically with a first camera of a vehicle passing through the entrance, the first camera being mounted within a line of sight of the entrance

https://paralign.co/add-ons/autostart/

| [1.b] transmitting automatically to a remote networked computer system the captured image data of the vehicle passing through the entrance; | Upon information and belief, as shown below, the ARC system/services have and continue to transmit automatically to a remote networked computer system the captured image data of the vehicle passing through the entrance. <br><br>  <br> https://www.youtube.com/watch?v=SOOz-6riR2c at 1:00. |



https://www.youtube.com/watch?v=SOOz-6riR2c at 1:34.

Upon information and belief, the "event details" has and continues to include captured image data of the vehicle passing through the entrance:

7



## arc FRICTIONLESS COMPLIANCE

PRRS takes parking facility monitoring to the next level with its 24/7 automatic, gate- and barrierless solution. Lot monitoring is automated by installing cameras at the access points of the parking lot to capture each entry and exit event. Parking event payment information is retrieved from onsite payment terminals, contract management software, reservation platforms, and other digital payment solutions to confirm authorization and payment to the facility.

### FEATURES:

• Vehicles are identified at entry and exit using ALPR.

• Payment is confirmed based on license plate by querying appropriate payment solutions.

• Operating exceptions are identified and include appropriate event details which are provided to the parking operator.

• Parking sessions and occupancy are monitored real-time.

Exhibit 13 to the Complaint, at 7.

On information and belief, ARC Autostart has and continues to transmit automatically to a remote networked computer system the captured image data of the vehicle passing through the entrance:

8



https://paralign.co/add-ons/autostart/



Paralign's parking software solutions provide detailed video analytics and insights, revealing opportunities to increase revenue, reduce congestion, and optimize operational efficiency.

https://paralign.co/add-ons/autostart/

| | |
|---|---|
| [1.c] recording automatically a time of entry for the vehicle as it passes through the entrance; | <br>https://www.youtube.com/watch?v=SOOz-6riR2c at 0:09<br><br><br>https://www.youtube.com/watch?v=SOOz-6riR2c at 1:33. |



https://paralign.co/add-ons/autostart/

## Autostart: Smarter, 24/7 Gateless Parking

Autostart is an add-on feature that enables camera-only parking — no barriers, no ticket machines, no app required at the point of entry. Using machine vision, the system automatically notifies payment provider partners when a vehicle arrives and departs, allowing the partner to initiate and close the payment process without any action from the driver.

https://paralign.co/add-ons/autostart/

| | |
|---|---|
| [1.d] determining an identification of the vehicle that passed through the entrance via an automated character recognition analysis of the image data captured with the first camera, where the characters recognized correspond to characters on a vehicle license plate; |  https://www.youtube.com/watch?v=SOOz-6riR2c at 0:09 |



Exhibit 13 to the Complaint, at 7.



https://paralign.co/add-ons/autostart/

11

| | |
|---|---|
| [1.e] capturing image data automatically with a second camera of the vehicle passing through the exit, the second camera being mounted within a line of sight of the exit; | <br>https://www.youtube.com/watch?v=SOOz-6riR2c at 1:04.<br><br><br>https://www.youtube.com/watch?v=SOOz-6riR2c at 1:41. |

12



**a r c** FRICTIONLESS COMPLIANCE

PRRS takes parking facility monitoring to the next level with its 24/7 automatic, gate- and barrierless solution. Lot monitoring is automated by installing cameras at the access points of the parking lot to capture each entry and exit event. Parking event payment information is retrieved from onsite payment terminals, contract management software, reservation platforms, and other digital payment solutions to confirm authorization and payment to the facility.

**FEATURES:**
- Vehicles are identified at entry and exit using ALPR.
- Payment is confirmed based on license plate by querying appropriate payment solutions.
- Operating exceptions are identified and include appropriate event details which are provided to the parking operator.
- Parking sessions and occupancy are monitored real-time.

Exhibit 13 to the Complaint, p.7

https://paralign.co/add-ons/autostart/

| [1.f] transmitting automatically to the remote networked computer system the captured image data of the vehicle passing through the exit; | Upon information and belief, as shown below, the ARC system/services have and continue to transmit automatically to the remote networked computer system the captured image data of the vehicle passing through the exit.  https://www.youtube.com/watch?v=SOOz-6riR2c at 1:04. |
| --- | --- |

13



https://www.youtube.com/watch?v=SOOz-6riR2c at 1:41.

Upon information and belief, the "event details" has and continues to include captured image data of the vehicle passing through the exit:



Exhibit 13 to the Complaint, at 7.

On information and belief, ARC Autostart has and continues to transmit automatically to the remote networked computer system the captured image data of the vehicle passing through the exit:



https://paralign.co/add-ons/autostart/



Paralign's parking software solutions provide detailed video analytics and insights, revealing opportunities to increase revenue, reduce congestion, and optimize operational efficiency.

https://paralign.co/add-ons/autostart/

| | |
|---|---|
| [1.g] recording automatically a time of exit for the vehicle exiting the parking facility; |  <br> https://www.youtube.com/watch?v=SOOz-6riR2c at 1:04. <br><br>  <br> https://www.youtube.com/watch?v=SOOz-6riR2c at 1:33. |

16



https://paralign.co/add-ons/autostart/

## Autostart: Smarter, 24/7 Gateless Parking

Autostart is an add-on feature that enables camera-only parking — no barriers, no ticket machines, no app required at the point of entry. Using machine vision, the system automatically notifies payment provider partners when a vehicle arrives and departs, allowing the partner to initiate and close the payment process without any action from the driver.

https://paralign.co/add-ons/autostart/

| | |
|---|---|
| [1.h] determining an identification of the vehicle that passed through the exit via an automated character recognition analysis of the image data captured with the second camera; | <br><br>https://www.youtube.com/watch?v=SOOz-6riR2c at 1:04. |



**arc** FRICTIONLESS COMPLIANCE

PRRS takes parking facility monitoring to the next level with its 24/7 automatic, gate- and barrierless solution. Lot monitoring is automated by installing cameras at the access points of the parking lot to capture each entry and exit event. Parking event payment information is retrieved from onsite payment terminals, contract management software, reservation platforms, and other digital payment solutions to confirm authorization and payment to the facility.

**FEATURES:**

• Vehicles are identified at entry and exit using ALPR.

• Payment is confirmed based on license plate by querying appropriate payment solutions.

• Operating exceptions are identified and include appropriate event details which are provided to the parking operator.

• Parking sessions and occupancy are monitored real-time.

Exhibit 13 to the Complaint, p. 7.



https://paralign.co/add-ons/autostart/

| [1.i] determining automatically whether a parking violation has occurred by the vehicle; and |   https://www.youtube.com/watch?v=SOOz-6riR2c at 1:50 |
| | https://www.youtube.com/watch?v=SOOz-6riR2c at 1:58 |



**FICTIONLESS COMPLIANCE**

PRRS takes parking facility monitoring to the next level with its 24/7 automatic, gate- and barrierless solution. Lot monitoring is automated by installing cameras at the access points of the parking lot to capture each entry and exit event. Parking event payment information is retrieved from onsite payment terminals, contract management software, reservation platforms, and other digital payment solutions to confirm authorization and payment to the facility.

**FEATURES:**

- Vehicles are identified at entry and exit using ALPR.
- Payment is confirmed based on license plate by querying appropriate payment solutions.
- Operating exceptions are identified and include appropriate event details which are provided to the parking operator.
- Parking sessions and occupancy are monitored real-time.

Exhibit 13 to the Complaint, p. 7

20

| | |
|---|---|
| |  https://paralign.co/partners/compliance/ |
| [1.j] generating a parking violation notice automatically by the remote networked computer system that is populated with at least the characters on the vehicle license plate determined in the step of determining the identification of the vehicle that passed through the entrance, the time of entry for the vehicle recorded in the step of recording automatically the time of entry for the vehicle as it passes through the entrance, and an image of the vehicle based on | Upon information and belief, the remote networked computer system used with the ARC system/services have and continue to generate a parking violation notice automatically that is populated with at least the characters on the vehicle license plate determined in the step of determining the identification of the vehicle that passed through the entrance, the time of entry for the vehicle recorded in the step of recording automatically the time of entry for the vehicle as it passes through the entrance, and an image of the vehicle based on image data captured at the parking facility.<br><br>https://www.youtube.com/watch?v=SOOz-6riR2c at 1:58 |

image data captured at the parking facility.



Exhibit 13 to the Complaint, p.7.

https://www.youtube.com/watch?v=SOOz-6riR2c at 1:34

Examples of notices that have been printed and mailed to the owner of the vehicle are shown below, each of which includes the characters on the vehicle license plate; the time of entry; and an image of the vehicle.

22



https://www.youtube.com/watch?v=SOOz-6riR2c at 2:03

23



Exhibit 5 to the Complaint

Upon information and belief, the "compliance" portion of the system/services for the Paralign Autostart system/services is provided by PRRS and has and continues to use the same process shown above.

https://paralign.co/partners/compliance/

Some of the evidence and examples shown above were generated prior to the issuance of the '734 patent, however, upon information and belief, Defendants continue to operate their systems as described above, have not altered their practices in a material way, are infringing as of July 21, 2026, and will continue to infringe if not enjoined.

25